# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2410
_____

Robert Earl Clayborne, Jr.

*Plaintiff - Appellant*

v.

Parker, Officer, #1577, Individual Capacity; James, Sgt, #1370, Individual
Capacity; Chad Hein, Officer, #1552, Individual Capacity; Ripley, Officer, #1256,
Individual Capacity; Messersmith, Officer, #1568, Individual Capacity;
Kounovsky, Offier, #1593, Individual Capacity; Sundermeier, Captain, #717,
Individual Capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: January 22, 2020
Filed: January 27, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Robert Clayborne appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action as barred by the applicable statute of limitations. Upon carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Humphrey v. Eureka Gardens Pub. Facility Bd., 891 F.3d 1079, 1081 (8th Cir. 2018) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.